IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA        ) | |
| )                              | |
| vs.                            ) | CRIMINAL ACTION 1:23-00051-KD |
| )                              | |
| DOMINIC DWAYNE GRANT JR.,      ) | |
|    Defendant.   ) | |

**ORDER**

This matter is before the Court on Defendant Grant's "Motion to Allow Defendant to Serve Sentence in Home Confinement" (Doc. 20).

On March 20, 2023, Defendant Grant pled guilty to Count One of the Indictment (conspiracy to commit bank fraud). On June 16, 2023, Defendant Grant was sentenced to one (1) month incarceration (imprisonment) to the custody of the United States Bureau of Prisons (BOP) and three (3) years of supervised release. (Doc. 18). Judgment issued on June 28, 2023. (Id.) On July 14, 2023, Defendant Grant filed the present motion seeking to serve his one (1) month incarceration (imprisonment) at home instead of in the custody of the BOP, noting that he has been given a report to federal facility date of August 9, 2023.

Given the substance of Defendant Grant's motion, he is seeking to modify his sentence. No case law or statute is cited in support of the relief requested. Additionally, 18 U.S.C. § 3582 governs modifications to sentences of imprisonment but no sub-section therein provides an avenue for the relief Defendant Grants seeks. Under Section 3582(b), a judgment of conviction that includes a sentence of imprisonment – such as here -- "constitutes a final judgment and may not be modified by a district court except in limited circumstances." Dillon v. United States, 560 U.S. 817, 824, (2010) (internal quotations omitted). Those limited circumstances are set forth in Section

3582(c). No such circumstances have been asserted by the Defendant in his motion, and none appear to exist in this case.

Moreover, even if the Court had authority to reconsider the sentence imposed, it would decline to do so. Accordingly, Defendant Grant's Motion (Doc. 20) is **DENIED.**

**DONE** and **ORDERED** this the **2nd** day of **August 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**
